**STATE of Missouri, Respondent,**

v.

**Denise E. WATSON, Appellant.**

**No. WD 33309.**

Missouri Court of Appeals,
Western District.

Aug. 31, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 5, 1982.

Application to Transfer Denied
Nov. 15, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and WASSERSTROM and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from jury conviction for stealing in violation of § 570.030.1, .2(1) R.S.Mo. 1978.

Judgment affirmed.